RUBIN EMPLOYMENT LAW
695 U.S. Highway 46 West, Suite 404
Fairfield, New Jersey 07004
(973) 787-8442
arubin@alixrubinlaw.com
*Attorneys for Nicole Figliolo, Katie Gnash,*
*Brian Kane and Lawrence Zeller*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------------------------- X
:
KRISTIN SNEED,                                            :    Civil Action No.:  3:17-cv-04432 (PGS) (TJB)
:
        Plaintiff,                           :
:
       v.                                        :    **NOTICE OF MOTION TO QUASH**
:    **SUBPOENAS**
THE STEIDLE FINANCIAL GROUP, LLC;     :
STEIDLE PENSION SOLUTIONS, LLC;       :
STEIDLE BROKERAGE SERVICES, LLC;      :
KEITH STEIDLE; JOHN/JANE DOES 1-10,   :
AND XYZ CORPORATIONS 1-10,            :    DOCUMENT ELECTRONICALLY FILED
        Defendants.                       :
:
---------------------------------------------------------- X

| | |
|---|---|
| **TO:**  Patrick J. Whalen, Esq. | Scott I. Unger, Esq. |
| Attorney at Law, LLC | Stark & Stark |
| 109 South Warren Street | 993 Lenox Drive, Bldg. 2 |
| P.O. Box 23653 | P.O. Box 5315 |
| Trenton, NJ  08608 | Princeton, NJ  08543 |
| Attorney for Plaintiff | Attorneys for Defendants |

**PLEASE TAKE NOTICE** that on January 2, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, non-parties Nicole Figliolo, Katie Gnash, Brian Kane and Lawrence Zeller (collectively, the "Subpoenaed Individuals"), by and through their counsel, Rubin Employment Law, will move before the Honorable Tonianne J. Bongiovanni, United States Magistrate Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order

1

pursuant to Federal Rule of Civil Procedure 45(d)(3) quashing the deposition subpoenas defendants The Steidle Financial Group, LLC; Steidle Pension Solutions, LLC; Steidle Brokerage Services, LLC; and Keith Steidle served on the Subpoenaed Individuals, awarding costs and attorneys' fees to the Subpoenaed Individuals, and granting such further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Subpoenaed Individuals' Motion to Quash Subpoenas, the Subpoenaed Individuals will rely on the November 29, 2017 Declaration of Alix R. Rubin, Esq. with exhibits attached and the Letter Brief filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 37.1(b)(3), opposition papers, if any, are required to be served on the undersigned at least 14 days before the return date of this motion.


Dated: November 29, 2017                     RUBIN EMPLOYMENT LAW
                                             *Attorneys for Nicole Figliolo, Katie Gnash,*
                                             *Brian Kane and Lawrence Zeller*


                                             By:     s/ Alix R. Rubin
                                                     Alix R. Rubin